# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-10-00116-CV

**Crystal Gale Goltl Pitts, Appellant**

**v.**

**Texas Department of Protective and Regulatory Services, Appellee**

**FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 340TH JUDICIAL DISTRICT
NO. C-08-0144-CPS, HONORABLE JAY K. WEATHERBY, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Crystal Gale Goltl Pitts brings this accelerated appeal from the district court's final decree terminating her parental rights to her minor child, J.J.G. Appellant's court-appointed counsel has filed a motion to withdraw and an *Anders* brief, concluding that Pitts's appeal is frivolous and without merit. Counsel's brief meets the requirements of *Anders* by presenting a professional evaluation of the record and demonstrating that there are no arguable grounds for appeal. *See Anders v. California*, 386 U.S. 738, 744 (1967); *see also Taylor v. Texas Dep't of Protective & Regulatory Servs.*, 160 S.W.3d 641, 646-47 (Tex. App.—Austin 2005, pet. denied) (applying *Anders* procedure in parental-rights termination appeal).

Pitts was provided with copies of her counsel's brief and motion to withdraw and advised of her right to examine the record and to file a pro se brief. More than thirty days have passed, and she has not filed a pro se brief or communicated with this Court in any way. Because

our review of the record reveals nothing that would arguably support an appeal, we agree that the appeal is frivolous and without merit. *See Anders*, 386 U.S. at 741-44; *Taylor*, 160 S.W.3d at 646-47. We affirm the district court's decree of termination and grant counsel's motion to withdraw.

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Affirmed

Filed: August 31, 2010